UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA GLENN,

                Plaintiff,

  v.

SNOHOMISH COUNTY SUPERIOR COURT, *et al*.,

                Defendants.

Case No. C12-802-JCC-JPD

REPORT AND RECOMMENDATION

On May 8, 2012, plaintiff Debra Glenn submitted to this Court for filing a proposed civil rights complaint. (*See* Dkt. No. 1.) However, plaintiff failed to submit with her complaint either the $350 filing fee or an application for leave to proceed with this action *in forma pauperis*. Accordingly, the Clerk sent plaintiff a letter advising her that she would have to submit either the entire filing fee, or an application for *in forma pauperis* status, on or before June 7, 2012, and that her failure to do so could result in dismissal of this case. (Dkt. No. 2.) The Clerk also sent plaintiff the appropriate *in forma pauperis* application form. (*See id*.) To date, plaintiff has submitted neither the filing fee nor an application for leave to proceed *in forma pauperis*.

REPORT AND RECOMMENDATION
PAGE - 1

1   As plaintiff has had ample time to comply with the filing fee requirement, but has failed
2   to do so, this Court recommends that the instant action be dismissed without prejudice for failure
3   to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 5th day of July, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2