UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA GLENN,

                Plaintiff,           Case No. C12-802-JCC

    v.

SNOHOMISH COUNTY SUPERIOR        ORDER DISMISSING ACTION
COURT, *et al*.,

                Defendants.

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation. (Dkt. No. 4).

(2)    This action is DISMISSED without prejudice for failure to prosecute.

(3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 14th day of August 2012.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING ACTION
PAGE - 1